# Order

Michigan Supreme Court
Lansing, Michigan

September 30, 2015

150298

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

_____

In re Contempt of KELLY MICHELLE DORSEY.
_____

PEOPLE OF THE STATE OF MICHIGAN,
      Petitioner-Appellee,

v

                                        SC: 150298
                                        COA: 309269
                                        Livingston CC Family Division:
                                        08-012596-DL

TYLER MICHAEL DORSEY,
      Respondent,

and

KELLY MICHELLE DORSEY,
      Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 9, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the appellant's challenge to the trial court's order holding her in criminal contempt amounts to an impermissible collateral attack on the trial court's January 14, 2011 order requiring her to submit to drug testing. See *In re Hatcher*, 443 Mich 426, 438 (1993). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2015 _____



p0930

Clerk